■ LESTER JOHNS, INC., et al., Appellants-Respondents, v LESTER A. JOHNS, Individually and as Former Sole Shareholder, Officer and Director of LESTER JOHNS, INC., Respondent-Appellant. [661 NYS2d 565] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Graney, J. (Appeals from Judgment of Supreme Court, Gen-

esee County, Graney, J.—Breach of Contract.) Present—Green, J. P., Lawton, Callahan, Boehm and Fallon, JJ.